1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
   333 Market Street, Suite 1500
5  San Francisco, California 94105
   Telephone: (415) 977-8972
6  Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                   UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11
   RHONDA JEAN ZUNIGA,
12                                    )   CASE NO.: C-3:10-cv-04823-CRB
                                      )
13            Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                      )   FOR A FIRST EXTENSION FOR
14       v.                           )   DEFENDANT TO FILE NOTICE, MOTION,
                                      )   AND MEMORANDUM IN SUPPORT OF
15 MICHAEL J. ASTRUE,                 )   CROSS-MOTION FOR SUMMARY
   Commissioner of                    )   JUDGMENT AND IN OPPOSITION TO
16 Social Security,                   )   PLAINTIFF'S MOTION FOR SUMMARY
                                      )   JUDGMENT
17            Defendant.              )
   _____)
18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until December 14, 2011, in which to file

21 his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in

22 Opposition to Plaintiff's Motion for Summary Judgment.

23      This is Defendant's first request for an extension of time in this matter.

24                                    Respectfully submitted,

25 Dated: November 9, 2011            */s/ Robert Chipley Weems*
                                      (as authorized via e-mail)
26                                    ROBERT CHIPLEY WEEMS
                                      Attorney for Plaintiff
27
28

|   |   |
|---|---|
| | MELINDA L. HAAG<br>United States Attorney |
| Dated: November 9, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 16, 2011    _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

2