```
 1  MELINDA L. HAAG CSBN 132612
    United States Attorney
 2  DONNA L. CALVERT, SBN IL 6191786
    Acting Regional Chief Counsel, Region IX
 3  ELIZABETH BARRY, CSBN 203314
    Special Assistant United States Attorney
 4
       333 Market Street, Suite 1500
 5     San Francisco, California 94105
       Telephone:  (415) 977-8972
 6     Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA JEAN ZUNIGA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO.: C-3:10-cv-04823-CRB<br><br>STIPULATION AND P~~ROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: December 14, 2011

*/s/ Robert Chipley Weems*
(as authorized via e-mail)
ROBERT CHIPLEY WEEMS
Attorney for Plaintiff

|   |   |   |
|---|---|---|
| 1 |  | MELINDA L. HAAG<br>United States Attorney |
| 2 | Dated: December 14, 2011 | By */s/ Elizabeth Barry* |
| 3 |  | ELIZABETH BARRY<br>Special Assistant U.S. Attorney |
| 4 |  | Attorneys for Defendant |

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ___December 16, 2011___            _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*