```
1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
        333 Market Street, Suite 1500
5       San Francisco, California 94105
        Telephone:  (415) 977-8972
6       Facsimile:  (415) 744-0134
        Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RHONDA JEAN ZUNIGA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | CASE NO.: C-3:10-cv-04823-CRB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until January 13, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's second request for an extension of time in this matter.

                                                  Respectfully submitted,

Dated: December 14, 2011             */s/ Robert Chipley Weems*
                                            (as authorized via e-mail)
                                            ROBERT CHIPLEY WEEMS
                                            Attorney for Plaintiff

|   |   |   |
|---|---|---|
| 1 |   | MELINDA L. HAAG<br>United States Attorney |
| 2 | Dated: December 14, 2011 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY |
| 3 |   | Special Assistant U.S. Attorney |
| 4 |   | Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 16, 2011  _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED
Judge Charles R. Breyer*

2